# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| CATHY A. HANEY, | : No. 155 WAL 2019 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (COMMONWEALTH OF | : |
| PENNSYLVANIA, MILITARY AND | : |
| VETERANS AFFAIRS AND INSERVCO | : |
| INSURANCE SERVICES, INC.), | : |
| | : |
| Respondents | : |
| | |
| CATHY A. HANEY, | : No. 156 WAL 2019 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (COMMONWEALTH OF | : |
| PENNSYLVANIA, MILITARY AND | : |
| VETERANS AFFAIRS AND INSERVCO | : |
| INSURANCE SERVICES, INC.), | : |
| | : |
| Respondents | : |

## **ORDER**


**PER CURIAM**

    **AND NOW**, this 10th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.